UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  1:23-cr-000257-GPG

**UNITED STATES OF AMERICA,**

     Plaintiff,

v.

**NATHANIAL MATHENY,**

     Defendant.

## DEFENDANT'S NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA DATE

     Undersigned Counsel, Daniel Shaffer on behalf of Mr. NATHANIAL MATHENY, hereby advises the Court that a disposition has been reached between Mr. Matheny and the Government.

     WHEREFORE, Mr. Matheny respectfully requests that the Court set the matter for a change of plea hearing.

     DATED at Grand Junction, Colorado this 1stday of June, 2024.

                        *s/ Daniel R. Shaffer*
                        Daniel R. Shaffer, L.L.C.

                        Daniel R. Shaffer
                        Bar Registration Number 35661
                        405 Ridges Blvd., Ste B
                        Grand Junction, CO 81507
                        (970) 243-2552

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of June, 2024, I electronically filed the foregoing DEFENDANT'S NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA DATE with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of interest.

*s/Dan Shaffer*
Daniel R. Shaffer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00298-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARDO GARCIA-SANDOVAL,

    Defendant.

---

**ORDER re: REQUEST FOR CHANGE OF PLEA DATE**

THIS MATTER having come before the Court on Defendant's **DEFENDANT BERNARDO GARCIA-SANDOVAL'S NOTICE OF DISPOSITION AND REQUEST FOR CHANGE OF PLEA DATE,** the Court rules as follows:

( )    denies the motion;

( )    grants the motion;

( )    sets the matter for hearing on the ____ day of _____, 2015, at ____ am/pm.

Dated this ____ day of March, 2015.

BY THE COURT:

_____
HON. WILLIAM J. MARTINEZ
UNITED STATES DISTRICT JUDGE